UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HERBERT HINES,<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-00284 |
| VERSUS | DISTRICT JUDGE DRELL |
| CALVIN JOHNSON, ET AL.,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Hines's § 2241 habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 9th day of February 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT JUDGE